# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

### Petition for Warrant or Summons for Person Under Supervision

| | |
|---|---|
| Person Under Supervision:   Daniel Bermudez Miranda | Case Number: 6:16CR00082-AN-1<br>USM Number: 79623-065 |

Name of Sentencing Judicial Officer: The Honorable Ann Aiken
U.S. District Judge

Name of Reassigned Judicial Officer:  The Honorable Adrienne Nelson
U.S. District Judge
(Reassigned May 3, 2024)

Date of Original Sentence: June 27, 2017
Original Offense:  Felon in Possession of a Firearm
Original Sentence: 37 months imprisonment and a 3-year term of supervised release

Date of Revocation Sentence:  June 27, 2024
Revocation Sentence:  Time Served imprisonment and a 2-year term of supervised release

| | |
|---|---|
| Type of Supervision: Supervised Release | Date Supervision Commenced: June 28, 2024<br>Expiration Date: June 27, 2026 |

---

### PETITIONING THE COURT

[X]   To issue a warrant

The probation officer believes that the person under supervision has violated the following condition of supervision:

**Violation Number**

Mandatory Condition #1: You must not commit another federal, state or local crime.

**Nature of Noncompliance**

On March 22, 2025, Miranda was arrested in Sunnyside, Washington and detained on domestic violence assault charges.  According to a Sunnyside Police Department incident report (#25S02135), officers were dispatched to a residence regarding a domestic assault.  Miranda fled from the residence prior to officers' arrival.  Upon arriving to the residence, officers contacted the alleged victim who reported having a verbal argument with her husband (Miranda).  She further reported the argument became physical as both she and Miranda were pushing and hitting each other.  The alleged victim further noted her two children were inside the residence at the time of the incident. The children were in their bedrooms and did not observe the incident but heard yelling.  Officers observed visible injuries on the alleged victim's face, neck, and upper chest area.  Officers later located Miranda, but he continued to flee from officers.  Officers eventually were able to contact Miranda and placed him into custody without further incident. Miranda denied any assault had taken place and there was no evidence of injuries located on his person. Miranda stated he and his wife had a verbal argument, and he left the residence.

Subsequently, a No Contact Order was issued by the Court to protect the alleged victim. Miranda was provided a copy of the order and release from custody on the assault charge on March 25, 2025. According to police reports, Miranda allegedly returned to his wife's residence upon releasing from custody on March 25, 2025. The alleged victim contacted police who responded to the residence and located Miranda in the backyard. Miranda was arrested and detained for violation of a no contact court order on March 25, 2025. His current custody status and whereabouts are unknown.

**U.S. Probation Officer Recommendation:** Based on the above allegations, probable cause has been established that a violation of supervised release has been committed. It is recommended the Court order the issuance of a Warrant and Order to Show cause why defendant's term of supervised release should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 27, 2025

Respectfully submitted,                                    Approved,

by *Heather Clay*                                          by *Shaun Mims*
Heather Clay                                               Shaun Mims
Senior U.S. Probation Officer                              Supervisory U.S. Probation Officer
Date: March 27, 2025                                       Date: March 27, 2025

---

THE COURT ORDERS:

☐ No Action
☒ The Issuance of a Warrant
☐ The Issuance of a Summons:

| | |
|---|---|
| Appearance Date: | Enter the DATE of the Hearing |
| Appearance Time: | Enter the TIME of the Hearing |
| Courthouse: | Enter the COURTHOUSE NAME and/or CITY |
| Courtroom Number: | Enter the COURTROOM NUMBER |

☐ Telephonic Status Conference
☐ Other

*Adrienne Nelson*
Signature of Judicial Officer

March 27, 2025
Date